# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NATHANIEL CLAYBROOKS and CHRISTOPHER JOHNSON, individually, on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CLASS ACTION COMPLAINT |
| AMERICAN BROADCASTING COMPANIES, INC., WARNER HORIZON TELEVISION, INC., NEXT ENTERTAINMENT, INC., NZK PRODUCTIONS, INC. and MICHAEL FLEISS, ) ) ) ) ) ) | Case No. 3:12-cv-00388 Judge Aleta A. Trauger |
| Defendants. ) ) | |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE PHYSICAL EVIDENCE

This matter is before the Court on a motion filed by Defendants seeking leave to be allowed to file a physical copy of a Digital Video Disc, or DVD, in support of a Motion to Dismiss and Motion to Strike together with a Request For Judicial Notice, as an exception to the requirements of Local Rule 5.03.

The motion should be granted so that the Court can consider certain materials believed by Defendants to be judicially noticeable, to wit, the content of the television program referenced in the Complaint.

The DVD cannot be filed electronically, and the motion is unopposed – without any concession on the part of Plaintiffs that the materials are judicially noticeable.

I have been authorized to affix the electronic signature of Seth Pierce.

This 28th day of June 2012.

        Respectfully submitted,

By: /s/ Seth E. Pierce
    Adam Levin
    Seth E. Pierce
    Mitchell, Silberberg, & Knupp, LLP
    11377 West Olympic Blvd.
    Los Angeles, California 90064
    Phone: (310) 312-2000
    Fax: (310) 312-3100
    axl@msk.com
    sep@msk.com

By: /s/ Shelby R. Grubbs
    Miller & Martin PLLC
    1200 One Nashville Place
    150 Fourth Avenue, North
    Nashville, Tennessee 37219
    Phone: (423) 785-8247
    Fax: (423) 321-1524
    sgrubbs@millermartin.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served this 28th day of June 2012, by filing the document pursuant to the Court's CM/ECF procedures, which includes electronic service upon the following:

George E. Barrett, Esq.
Scott P. Tift, Esq.
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201
Phone: (615) 244-2202
Fax: (615) 252-3798
gbarrett@barrettjohnston.com
stift@barrettjohnston.com

Cyrus Mehri, Esq.
Michael P. Lieder, Esq.
Zachary W. Best, Esq.
1250 Connecticut Avenue N.W., Suite 300
Washington, D.C.
Phone: (202) 822-5100
Fax: (202) 822-4997
cmheri@findjustice.com
mlieder@findjustice.com zbest@findjustice.com

Byron R. Perkins, Esq.
Terrinell Lyons, Esq.
Perkins-Law, LLC
2170 Highlands Avenue South, Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Birmingham, AL 35205
Phone: (205) 558-4696
Fax: (205) 558-4670
bperkins@perkins-law.com
terrinelllyons@aol.com

This 28th day of June 2012.

By: /s/ Shelby R. Grubbs