IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NATHANIEL CLAYBROOKS and CHRISTOPHER JOHNSON, individually, on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN BROADCASTING COMPANIES, INC., WARNER HORIZON TELEVISION, INC., NEXT ENTERTAINMENT, INC., NZK PRODUCTIONS, INC., and MICHAEL FLEISS,<br><br>    Defendants. | CLASS ACTION COMPLAINT<br><br>Case No. 3:12-cv-00388<br><br>Judge Aleta A. Trauger |

**DEFENDANTS' APPENDIX OF CASES CITED IN DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 7.01, Defendants submit full copies of the following cases cited in Defendants' Memorandum of Law in Support of Motion to Dismiss.

**CASE CITATION** **TAB NO.**

*AK Steel Corp. v. United Steele Workers of America,* ...............................................................1
  No. C-1-00-374, 2002 WL 1624290 (S.D. Ohio March 30, 2002)

*Akhavein v. Argent Mortg. Co.,* ....................................................................................................2
  No. 5:09-cv-00634 RMW (RS), 2009 WL 2157522 (N.D. Cal. July 18, 2009)

*Eagles Nest Ranch & Academy v. Bloom Twp Bd. of Trustees,* ...................................................3
  No. 2:06-CV-242, 2007 WL 650485 (S.D. Ohio Feb. 26, 2007)

*F.C.C. v. Fox Television Stations, Inc.,* ........................................................................................4
  U.S. No. 10-1293, 2012 WL 2344462 (June 21, 2012)

*Ingels v. Westwood One Broadcasting Services, Inc.,* ..................................................................5
  129 Cal. App. 4th 1050, 129 Cal. Rptr. 3d 933 (2005)

*Lyle v. Warner Bros. Television Prods.* ........................................................................................6
  38 Cal. 4th 264 132 P.3d 211 (Cal. 2006)

*Quinn-Hunt v. Bennett Enters., Inc.,* .............................................................................................7
  211 Fed. App'x 452 (6th Cir. Dec. 21, 2006)

*Tamkin v. CBS Broadcasting, Inc.,* ...............................................................................................8
  193 Cal. App. 4th 133 122 Cal. Rptr. 3d 264 (2011)

*U.S. v. Lantz,* .................................................................................................................................9
  No. CR-2-08-015, 2009 WL 1107708 (S.D. Ohio Apr. 22, 2009)

*Veasy v. Teach for Am., Inc.,* ......................................................................................................10
  No. 3:11-CV-01179, 2012 WL 1314084 (M.D. Tenn. Apr. 17, 2012)

Dated: June 28, 2012

Respectfully Submitted,

/s/ Seth E. Pierce
Adam Levin, Esq.
Seth E. Pierce, Esq.
Mitchell Silberberg & Knupp, LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
Phone: (310) 312-2000
Fax: (310) 312-3100
axl@msk.com
sep@msk.com

/s/ Shelby R. Grubbs
Shelby R. Grubbs
Miller & Martin PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Phone: (615) 244-9270
Fax: (423) 321-1524
sgrubbs@millermartin.com

*Counsel for Defendants*