Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NATHANIEL CLAYBROOKS and CHRISTOPHER JOHNSON, individually, on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CLASS ACTION COMPLAINT |
| AMERICAN BROADCASTING COMPANIES, INC., WARNER HORIZON TELEVISION, INC., NEXT ENTERTAINMENT, INC., NZK PRODUCTIONS, INC. and MICHAEL FLEISS, ) ) ) ) ) ) ) | Case No. 3:12-cv-00388

Judge Aleta A. Trauger |
| Defendants. ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE PHYSICAL EVIDENCE

Defendants are filing contemporaneously a Motion to Dismiss and Motion to Strike together with a Request For Judicial Notice. These papers will rely, in part, on a Digital Video Disc, or DVD. The DVD cannot be filed electronically and hence Defendants move the Court for leave to file a physical copy of the DVD.

This motion is unopposed – without any concession by Plaintiffs that the DVD is judicially noticeable.

A form of order is submitted as Exhibit 1 hereto.

I have been authorized to affix the electronic signature of Seth Pierce.

This 28th day of June 2012.