**Exhibit 1 to Motion for Leave to File Physical Evidence**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NATHANIEL CLAYBROOKS and CHRISTOPHER JOHNSON, individually, on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CLASS ACTION COMPLAINT |
| AMERICAN BROADCASTING COMPANIES, INC., WARNER HORIZON TELEVISION, INC., NEXT ENTERTAINMENT, INC., NZK PRODUCTIONS, INC. and MICHAEL FLEISS, ) ) ) ) ) ) | Case No. 3:12-cv-00388 Judge Aleta A. Trauger |
| Defendants. ) | |

## ~~PROPOSED~~ FORM OF ORDER GIVING LEAVE TO FILE PHYSICAL EVIDENCE

Defendants have moved the Court (Docket No 36) for leave to file a Digital Video Disc, or DVD in support of certain motion papers and a Request For Judicial Notice. This motion is unopposed and is based on a sufficient showing of good cause.

It is accordingly **ORDERED** that Defendants be and hereby are given leave to file a DVD and that the Clerks office will accept that filing.

ENTER this 29th day of June 2012.

_____
ALETA A TRAUGER
U.S. District Judge