IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NATHANIEL CLAYBROOKS and | ) | |
| CHRISTOPHER JOHNSON, individually, | ) | |
| on behalf of all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 3:12-0388 |
| v. | ) | Judge Trauger |
| | ) | |
| AMERICAN BROADCASTING COMPANIES, | ) | |
| INC.,WARNER HORIZON TELEVISION, | ) | |
| INC., NEXT ENTERTAINMENT, INC., | ) | |
| NZK PRODUCTIONS, INC., and | ) | |
| MICHAEL FLEISS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The defendants have filed a Motion to Dismiss (Docket No. 38), which is supported, in part, by a DVD (Docket No. 36) and a Declaration (Docket No. 41). It is hereby **ORDERED** that, by July 6, 2012, the parties shall file a position statement, indicating whether or not they believe this Motion to Dismiss should be converted to a motion for summary judgment under Rule 12(d), FED. R. CIV. P.

It is so **ORDERED**.

ENTER this 29th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge

1