IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NATHANIEL CLAYBROOKS and CHRISTOPHER JOHNSON, individually, on behalf of all others similarly situated,<br><br>  Plaintiffs<br><br>  v.<br><br>AMERICAN BROADCASTING COMPANIES, INC., WARNER HORIZON TELEVISION, INC., NEXT ENTERTAINMENT, INC., NZK PRODUCTIONS, INC., and MICHAEL FLEISS<br><br>  Defendants | CLASS ACTION COMPLAINT<br><br>Case No. 3:12-cv-00388<br><br>Judge Aleta A. Trauger |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE**

1

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants American Broadcasting Companies, Inc., Warner Horizon Television Inc., Next Entertainment, Inc., NZK Productions, Inc., and Michael Fleiss ("Defendants") respectfully request that this Court take judicial notice of the following documents in connection with Defendants' Motion to Transfer Venue:

- U.S. District Court Judicial Caseload profiles for the United States District Court for the Middle District of Tennessee and the United States District Court for the Central District of California, attached hereto as Exhibit 1, and located at http://www.uscourts.gov/viewer.aspx?doc=/uscourts/Statistics/FederalCourtManagementStatistics/2011/District FCMS Profiles September 2011.pdf&page=45 and http://www.uscourts.gov/viewer.aspx?doc=/uscourts/Statistics/FederalCourtManagementStatistics/2011/District FCMS Profiles September 2011.pdf&page=68.

Good cause exists for the Court to grant this Request for Judicial Notice. Federal Rule of Evidence 201(b) provides that "a judicially noticed fact must be one not subject to reasonable dispute in that it is...capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Courts routinely take judicial notice of information made available on websites whose accuracy cannot reasonably be questioned, such as government agency websites. *See O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ( "It is not uncommon for courts to take judicial notice of factual information found on the world wide web."); *see also City of Monroe Emps. Ret. Sys. v. Bridgestone Corp.*, 399 F.3d 651, 6555 n.1 (6th Cir. 2005) (taking judicial notice of a term defined on the website of the National Association of Securities Dealers, Inc.). Here, Exhibit 1 is a printout from the United States Courts' website, the content of which is subject to judicial notice.

2

Based on the foregoing, judicial notice of the document indentified above and attached hereto is proper. *See* Fed. R. Evid. 201(d) ("A court shall take judicial notice if requested by a party and supplied with the necessary information.").

DATED: July 20, 2012  Respectfully submitted,

/s/      Seth E. Pierce
Adam Levin, Esq.
Seth E. Pierce, Esq.
Mitchell Silberberg & Knupp, LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
Phone: (310) 312-2000
Fax: (310) 312-3100
axl@msk.com
sep@msk.com

/s/      Shelby R. Grubbs

Shelby R. Grubbs
Miller & Martin PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Phone (615) 244-9270
Fax (423)321-1524
sgrubbs@millermartin.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served this 20th day of July 2012, by filing the document pursuant to the Court's CM/ECF procedures, which includes electronic service upon the following:

George E. Barrett, Esq.
Scott P. Tift, Esq.
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201
Phone: (615) 244-2202
Fax: (615) 252-3798
gbarrett@barrettjohnston.com
stift@barrettjohnston.com

Cyrus Mehri, Esq.
Michael P. Lieder, Esq.
Zachary W. Best, Esq.
1250 Connecticut Avenue N.W., Suite 300
Washington, D.C.
Phone: (202) 822-5100
Fax: (202) 822-4997
cmheri@findjustice.com
mlieder@findjustice.com
zbest@findjustice.com

Byron R. Perkins, Esq.
Terrinell Lyons, Esq.
Perkins-Law, LLC
2170 Highlands Avenue South
Birmingham, AL 35205
Phone: (205) 558-4696
Fax: (205) 558-4670
bperkins@perkins-law.com
terrinelllyons@aol.com

This 20th day of July 2012.

By: /s/ Shelby R. Grubbs

# EXHIBIT 1

**U.S. District Court -- Judicial Caseload Profile**

## TENNESSEE MIDDLE

### 12-Month Periods Ending September 30

| | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings* | | 1,861 | 1,844 | 1,838 | 1,864 | 1,872 | 1,900 | | |
| | Terminations | | 1,831 | 1,574 | 1,719 | 1,787 | 1,732 | 1,890 | | |
| | Pending | | 1,582 | 1,844 | 1,968 | 2,037 | 2,164 | 2,168 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | | | | | 1.5 | Over Last Year | 54 | 6 |
| | | | 2.1 | 3.0 | 3.4 | 1.9 | Over Earlier Years | | 54 | 7 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | 0.0 | 7.0 | 12.0 | 12.0 | 12.0 | 7.0 | | |
| **Actions per Judgeship** | Filings | Total | 466 | 461 | 460 | 466 | 468 | 475 | 38 | 3 |
| | | Civil | 384 | 387 | 381 | 368 | 378 | 394 | 29 | 3 |
| | | Criminal Felony | 63 | 61 | 63 | 76 | 67 | 57 | 54 | 6 |
| | | Supervised Release Hearings | 19 | 13 | 16 | 22 | 23 | 24 | 49 | 6 |
| | Pending Cases | | 396 | 461 | 492 | 509 | 541 | 542 | 19 | 2 |
| | Weighted Filings** | | 479 | 463 | 456 | 500 | 495 | 538 | 29 | 2 |
| | Terminations | | 458 | 394 | 430 | 447 | 433 | 473 | 36 | 2 |
| | Trials Completed | | 29 | 34 | 23 | 30 | 24 | 38 | 6 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.5 | 10.0 | 10.9 | 14.2 | 11.1 | 14.5 | 87 | 8 |
| | | Civil** | 10.2 | 9.1 | 9.2 | 9.4 | 8.8 | 9.7 | 65 | 4 |
| | From Filing to Trial (Civil Only)** | | 25.4 | 26.5 | 23.5 | 22.0 | 31.3 | 22.7 | 32 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | 47 | 40 | 55 | 139 | 283 | 374 | 85 | 9 |
| | | | 3.6 | 2.5 | 3.3 | 8.3 | 15.8 | 20.2 | | |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.5 | 1.2 | 1.4 | 1.5 | 2.0 | | |
| | Jurors | Average Present for Jury Selection | 47.1 | 86.3 | 42.7 | 39.9 | 31.9 | 35.8 | | |
| | | Percent Not Selected or Challenged | 47.9 | 69.9 | 40.3 | 30.2 | 29.6 | 24.4 | | |

**For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below**
**Open the Fold-Out Page at the Back Cover**

### 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,574 | 130 | 72 | 376 | 15 | 32 | 132 | 152 | 144 | 36 | 334 | 1 | 150 |
| Criminal* | 226 | 12 | 44 | 22 | 59 | 25 | 19 | 21 | 9 | 5 | 4 | 2 | 4 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
\** See "Explanation of Selected Terms."

**U.S. District Court -- Judicial Caseload Profile**

**CALIFORNIA CENTRAL**

| | | | 12-Month Periods Ending September 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Numerical Standing Within | |
| | | | | | | | | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings* | | 12,909 | 14,154 | 15,144 | 16,170 | 16,131 | 17,236 | | |
| | Terminations | | 13,680 | 13,642 | 14,742 | 15,973 | 16,076 | 17,168 | | |
| | Pending | | 12,401 | 11,817 | 12,221 | 12,303 | 12,389 | 12,496 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | | | | | | 6.9 Over Last Year | 30 | 7 |
| | | | 33.5 | 21.8 | 13.8 | 6.6 | Over Earlier Years | | 10 | 4 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months** | | 53.9 | 31.2 | 12.0 | 32.6 | 32.8 | 21.0 | | |
| **Actions per Judgeship** | Filings | Total | 461 | 505 | 540 | 578 | 576 | 616 | 15 | 4 |
| | | Civil | 397 | 425 | 433 | 486 | 495 | 545 | 6 | 2 |
| | | Criminal Felony | 36 | 47 | 63 | 52 | 45 | 43 | 80 | 14 |
| | | Supervised Release Hearings | 28 | 33 | 44 | 40 | 36 | 28 | 40 | 12 |
| | Pending Cases | | 443 | 422 | 436 | 439 | 442 | 446 | 35 | 8 |
| | Weighted Filings** | | 518 | 551 | 578 | 622 | 602 | 655 | 9 | 3 |
| | Terminations | | 489 | 487 | 527 | 570 | 574 | 613 | 12 | 4 |
| | Trials Completed | | 12 | 12 | 11 | 12 | 13 | 13 | 76 | 12 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.4 | 12.1 | 7.5 | 9.0 | 11.4 | 10.9 | 65 | 13 |
| | | Civil** | 7.2 | 6.8 | 7.0 | 5.7 | 5.7 | 5.6 | 5 | 1 |
| | From Filing to Trial (Civil Only)** | | 21.3 | 21.3 | 22.0 | 19.0 | 19.7 | 19.7 | 17 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | 1,240 | 712 | 821 | 774 | 822 | 667 | 58 | 6 |
| | | | 11.6 | 7.2 | 8.1 | 7.6 | 7.9 | 6.3 | | |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.3 | 1.5 | 1.7 | 1.5 | 1.6 | | |
| | Jurors | Average Present for Jury Selection | 64.1 | 60.6 | 60.9 | 77.3 | 56.4 | 51.0 | | |
| | | Percent Not Selected or Challenged | 55.7 | 56.5 | 53.7 | 63.9 | 56.0 | 50.8 | | |

**For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below Open the Fold-Out Page at the Back Cover**

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 15,257 | 913 | 340 | 2,891 | 154 | 1,675 | 937 | 2,009 | 690 | 1,297 | 1,589 | 23 | 2,739 |
| Criminal* | 1,194 | 9 | 175 | 478 | 63 | 234 | 46 | 53 | 30 | 31 | 9 | 22 | 44 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."