# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NATHANIEL CLAYBROOKS and CHRISTOPHER JOHNSON, individually, on behalf of all others similarly situated,<br><br>    Plaintiffs<br><br>    v.<br><br>AMERICAN BROADCASTING COMPANIES, INC., WARNER HORIZON TELEVISION, INC., NEXT ENTERTAINMENT, INC., NZK PRODUCTIONS, INC., and MICHAEL FLEISS<br><br>    Defendants | CLASS ACTION COMPLAINT<br><br>Case No. 3:12-cv-00388<br><br>Judge Aleta A. Trauger |

## JOINT NOTICE OF FILING

On August 20, 2012, the Court granted the parties' Joint Motion to Set Deadlines Related to Defendants' Motion to Transfer Venue. (Dkt. 95.) Pursuant to that Order, the parties are permitted to agree to a reasonable extension of the deadlines set by that Order without Court approval, so long as the parties notify the Court by filing a notice of filing.

On September 10, 2012, the parties filed a notice of filing, which informed the Court that the parties had conducted a productive meet-and-confer on discovery related to Defendants' Motion to Transfer Venue, and that they had agreed to extend the September 10, 2012 deadline to file a proposed scheduling order or, alternately, to a schedule a call with the Court to Friday, September 14, 2012.

By this notice of filing, the parties hereby notify the Court that they have continued to make progress towards resolving disputes concerning discovery related to Defendants' Motion to Transfer Venue. Therefore, the parties have agreed to extend the above-referenced deadline by an additional three (3) business days, to Wednesday, September 19, 2012.

Dated: September 14, 2012				Respectfully Submitted,

/s/ Scott P. Tift
George E. Barrett, Esq.
Scott P. Tift, Esq.
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201
Phone: (615) 244-2202
Fax: (615) 252-3798
gbarrett@barrettjohnston.com
stift@barrettjohnston.com

Cyrus Mehri, Esq.
Zachary W. Best, Esq.
Michael P. Lieder, Esq.
1250 Connecticut Avenue N.W., Suite 300
Washington, D.C.
Phone: (202) 822-5100
Fax: (202) 822-4997
cmehri@findjustice.com
zbest@findjustice.com
mlieder@findjustice.com

Byron R. Perkins, Esq.
Terrinell Lyons, Esq.
Perkins-Law, LLC
2170 Highland Ave. South, Suite 100
Birmingham, AL 35205
Phone: (205) 558-4696
Fax: (205) 558-4670
bperkins@perkins-law.com
terrinelllyons@aol.com

*Counsel for Plaintiffs*

/s/ Seth E. Pierce w/ permission
Adam Levin, Esq.
Seth E. Pierce, Esq.
Mitchell Silberberg & Knupp, LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
Phone: (310) 312-2000
Fax: (310) 312-3100

2

axl@msk.com
sep@msk.com

Shelby R. Grubbs
Miller & Martin PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Phone (615) 244-9270
Fax (423)321-1524
sgrubbs@millermartin.com

*Counsel for Defendants*