IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NATHANIEL CLAYBROOKS and ) | | |
| CHRISTOPHER JOHNSON, individually, ) | | |
| on behalf of all others similarly situated, ) | | |
| ) | | |
| Plaintiffs, ) | Civil No. 3:12-0388 | |
| v. ) | Judge Trauger | |
| ) | | |
| AMERICAN BROADCASTING COMPANIES, ) | | |
| INC.,WARNER HORIZON TELEVISION, ) | | |
| INC., NEXT ENTERTAINMENT, INC., ) | | |
| NZK PRODUCTIONS, INC., and ) | | |
| MICHAEL FLEISS, ) | | |
| ) | | |
| Defendants. ) | | |

## **O R D E R**

The Joint Motion to Set Briefing Schedule (Docket No. 99) is **GRANTED**. It is hereby **ORDERED** that the plaintiffs shall respond to Defendants' Motion to Transfer Venue to The Central District of California (Docket No. 59) by October 23, 2012, and the defendants may file a reply by November 2, 2012.

It is so **ORDERED**.

ENTER this 24th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge