UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATHANIEL CLAYBROOKS and ) | |
| CHRISTOPHER JOHNSON, individually, on ) | |
| behalf of all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:12-cv-00388 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| AMERICAN BROADCASTING COMPANIES, ) | |
| INC., WARNER HORIZON TELEVISION, ) | |
| INC., NEXT ENTERTAINMENT, INC., NZK ) | |
| PRODUCTIONS, INC., and ) | |
| MICHAEL FLEISS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the plaintiffs' Motion Pursuant to Rule 59 to Alter or Amend the Judgment (Docket No. 104) and the plaintiffs' Motion Pursuant to Rule 15(a) for Leave to File Attached Second Amended Complaint (Docket No. 105) are hereby **DENIED**.

It is so **ORDERED**.

Enter this 9th day of April 2013.

_____
ALETA A. TRAUGER
United States District Judge

1